BEFORE THE SECOND DIVISION, APRIL 17, 1941

**No. 45737.**—Protests 987474, etc., of Massce & Co., Inc. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Ramig* (17 C. C. P. A. 365; T. D. 43809) the claim at 75 percent under paragraph 1430 was sustained.

**No. 45738.**—Protests 760888–G, etc., of Halle Bros. Co. et al (Cleveland).

Opinion by KINCHELOE, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 45739.**—Protests 977857–G, etc., of H. J. O. Letcher et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, APRIL 18, 1941

**No. 45740.**—Protest 43148–K of Sevin Vincent Seed Co. (San Francisco).

Opinion by EVANS, J.   It was stipulated that the peat moss in question is the same as that the subject of *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319).   The claim for free entry under paragraph 1685 was therefore sustained.

**No. 45741.**—Protests 969232–G, etc., of Oy Wo Tong Co. et al. (San Francisco).

Opinion by EVANS, J.   In accordance with stipulation of counsel and on the authority of Abstract 44821 the protests were sustained.

**No. 45742.**—Protest 45069–K of Davies & Co., Inc. (New York).

Opinion by EVANS, J.   It appeared that the protest related to certain furniture of which the consignee refused to take delivery.   It remained in the customs custody and was finally sold.   There was no appearance on the part of the plaintiff when the case was called for hearing.   On the record presented the protest was overruled.

**No. 45743.**—Protests 784535–G, etc., of R. W. Gresham et al. (Cleveland).

Opinion by EVANS, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.